UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM L. MCCLENDON,

    Plaintiff,

v.                                    Case No. 3:18cv1577-RV-CJK

TIM MILLS, C. RUSSELL,
and JOHN BROWN,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On August 31, 2018, the undersigned entered an order (doc. 12) noting plaintiff's third motion to proceed *in forma pauperis* (doc. 11) was inadequate because plaintiff once again failed to submit a completed Financial Certificate and printout of the last 6 months of transactions in his inmate account. The undersigned advised, for the third time, that a complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with attachments (a printout of the transactions in plaintiff's inmate trust account for the six-month period immediately preceding the filing of the complaint).

The undersigned directed the clerk to send plaintiff a complete set of forms needed to file a motion to proceed *in forma pauperis* and allowed plaintiff 30 days in which to either submit payment in the amount of $400.00 (the $350.00 filing fee and $50.00 administrative fee) or file a completed motion to proceed *in forma pauperis*. The undersigned advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff had not complied, the undersigned entered an order (doc. 13) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. The undersigned advised that in the event plaintiff failed to timely comply, the undersigned would recommend, without further notice, that the matter be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not complied.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 18th day of October, 2018.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**