UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM L. MCCLENDON,

    Plaintiff,

v.                                        Case No. 3:18cv1577-RV-CJK

TIM MILLS, C. RUSSELL,
and JOHN BROWN,

    Defendants.
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 18, 2018 (doc. 14). The plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto timely filed (doc. 16), I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

3.      The Clerk shall close the file.

**DONE AND ORDERED** this 5th day of November, 2018.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**